UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

UNITED STATES OF AMERICA,
          Plaintiff,        CASE NO.: 4:06-M-30319FL

vs.                        MAG. JUDGE WALLACE CAPEL, JR.

DANIEL G. FELTON,
          Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING PENDING CASE

The above-named individual appeared before the Court on June 20, 2006 based upon a Petition for Removal Hearing filed by the Assistant United States Attorney. The Petition was filed based upon the defendant's arrest in this district in connection with federal arrest warrants issued in the Western District of Kentucky charging the defendant with driving under the influence of alcohol; failure to maintain insurance; and leaving the scene of an accident.

The defendant appeared before the Court on that date and was released on an unsecured bond. On October 12, 2006 the defendant again appeared before the Court and entered a plea of guilty to the violation tickets noted above, in addition to another outstanding ticket charging the defendant with speeding 35 mph in a 10 mph traffic zone. He was sentenced at that time.

Accordingly, the above-entitled matter is hereby administratively closed for the reasons that the defendant has pled guilty and been sentenced to the ticket violations.

**IT IS SO ORDERED.**

                                       s/ Wallace Capel, Jr.
                                       WALLACE CAPEL, JR.
                                       UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such filing to the following: Robert Haviland, AUSA, David Koelzer, Esq., and I hereby certify that I have either hand delivered or mailed by United States Postal Service the paper to the following non-ECF participants: Pretrial Service Officer, 600 Church St., Flint, MI 48502, U.S. Marshal, 600 Church St., Flint, MI 48502, Probation Office, 600 Church St., Flint, MI 48502

        s/ James P. Peltier
        James P. Peltier
        Courtroom Deputy Clerk
        U.S. District Court
        600 Church St.
        Flint, MI 48502
        810-341-7850
        pete_peltier@mied.uscourts.gov